IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**SANTOSH B. CHAND,**

    **Defendant.**                               **Case No. 06-cr-30129-DRH**

## ORDER

**HERNDON, District Judge:**

    Defendant has filed a Motion for Extension of Time to File Any Pretrial Motions (Doc. 16), to which the Government has not timely opposed. Defendant requests this extension because discovery has not yet been "fully concluded" and until Defendant's counsel have had adequate opportunity to review all discovery, they are not able to file motions pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 12**. As it appears Defendant is acting with due diligence and because the Government has not voiced objection to such extension, said Motion (Doc. 16) is **GRANTED**. Accordingly, Defendant shall file any and all applicable pretrial motions, pursuant to **Rule 12**, by **January 15, 2006**. This hereby amends, in part, the Order for Pretrial Discovery and Inspection (Doc. 20).

    **IT IS SO ORDERED.**

    Signed this 14th day of November, 2006.

                                                          /s/       David RHerndon
                                                          **United States District Judge**