IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**SANTOSH P. CHAND,**

    **Defendant.**                                    **Case No. 06-cr-30129-DRH**

**ORDER**

**HERNDON, Chief Judge:**

        Before the Court is defendant Dr. Santosh P. Chand's (deceased) Motion to Return Bond (Doc. 43). The Motion states that prior to her passing, Dr. Chand had posted a $10,000 cash bond with the Clerk's Office. Earlier this year, the Court granted the Government's Motion to Dismiss Indictment pending against Dr. Chand, due to her passing (Doc. 42). Therefore, because charges are no longer pending against Defendant in this matter, the Motion to Return Bond (Doc. 43) is **GRANTED**.

        Accordingly, the Court hereby **ORDERS** the Clerk's Office of the United States District Court for the Southern District of Illinois to return the $10,000 bond posted by Dr. Santosh P. Chand. Said bond money should be made payable to

"Santosh P. Chand, M.D., Ltd.," (the decedent's corporation), returned in care of Defendant's attorneys of record, Lucco, Brown, Threlkeld and Dawson, LLP.

**IT IS SO ORDERED**.

Signed this 16th day of October, 2009.

/s/      DavidRHerndon
**Chief Judge
United States District Court**